FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

2012 JUN 11 PM 2: 51

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

MAXINE JEAN-BAPTISTE,
    Plaintiff,
v.

CASE NO.: 6:12-cv-878-ORL-36-KRS

I..C SYSTEM, INC.
    Defendant.
_____/

## COMPLAINT AND REQUEST FOR JURY TRIAL

Plaintiff, MAXINE JEAN-BAPTISTE hereby complains of the Defendant, I. C. SYSTEM, INC. and alleges upon information and belief as follows:

### JURISDICTION AND VENUE

1. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. §1692k(d).

2. This action is for statutory damages which arises out of the Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

3. Venue is proper in this District because the acts and transactions occurred here, Plaintiffs reside here, and Defendant transacts business here.

### PARTIES

4. Plaintiff, MAXINE JEAN-BAPTISTE, (hereinafter "Plaintiff" or "MS. JEAN-BAPTISTE"), is a natural person who resides in the City of Orlando, County of Orange, State of Florida, and is a "consumer" as the term is defined by 15 U.S.C. § 1692a(3).

5. Defendant I. C. SYSTEM, INC. (hereinafter referred to as "IC SYSTEM" or "Defendant"), is a business entity which is registered to do business in in the State of Florida, and is in the business of collecting debts, and a "debt collector" within the meaning of 15 U.S.C. § 1692a(6).

6. At all times relevant, Defendant IC SYSTEM has a business address located at 444 Highway 96 E Saint Paul, MN 55127.

1

7. Defendant, IC SYSTEM is a debt collector who collects debts or attempts to collect debts under FCRA, 15 USCA § 1692a. As such, Defendant IC SYSTEMS is subject to the FDCPA which impose a series of duties and prohibitions upon debt collectors.

8. At all times relevant to this Complaint, Defendant, IC SYSTEM has transacted business in the Middle District of Florida and at other locations throughout the United States.

## ALLEGATION COMMON TO ALL CLAIMS

9. Plaintiff was the subject of collection efforts and credit reporting concerning a debt, defined under the meaning and purview of the FDCPA.

10. On or about April 9, 2012, Maxine JEAN-BAPTISTE sent your company a letter to cease and desist all collection activities against her and to only send allowable correspondence to her attorney.

11. On or about April 14, 2012, Defendant sent a letter attempting to collect a debt from Ms. JEAN-BAPTISTE.

12. On May 5, 2012, Defendant sent another letter attempting to collect a debt from Ms. JEAN-BAPTISTE.

13. Defendant alone, or in concert, joint venture, partnership and/or some other contractual arrangement violated the FDCPA as pled herein and as to be discovered, thus causing plaintiff special, general and punitive damages.

### *FIRST CLAIM FOR RELIEF - 15 USCA § 1692k*

14. Plaintiff realleges paragraphs 1-13 as if fully set forth herein.

15. At all times relevant, Defendant, IC SYSTEM alone or in concert, joint venture, partnership and/or some other contractual arrangement willfully failed to comply with the requirements imposed under the FDCPA, 15 USCA § 1692 et seq., by failing to comply with 1692 c(c).

16. As a result of Defendant, IC SYSTEM's violation of the FDCPA, plaintiff was caused to suffer denial of credit, lost opportunity to receive credit, higher interest

rates, damage to her reputation, worry, fear, distress, frustration, embarrassment, and humiliation, all to her damages in an amount to be determined by the jury.

17. Plaintiff is entitled to punitive damages in an amount to be determined by the jury.

18. Plaintiff is entitled to her attorney fees, pursuant to 15 USCA § 1692k(a)(3)

## *PRAYER FOR RELIEF*

WHEREFORE, Plaintiff MAXINE JEAN-BAPTISTE prays for a judgment against Defendant IC SYSTEM as follows:

19. On Plaintiff's First Claim for Relief for violation of the FDCPA against Defendant:

    a. Statutory and Actual damages in an amount to be determined by the jury;

    b. Attorney fees and costs

20. Trial by Jury is Requested.

DATED this 11th day of June, 2012.

_____
Christine S. Hansley, Esq.
Florida Bar Number 732151

C.S. HANSLEY LAW FIRM, LLC
3585 Murrell Road, Suite B
Rockledge, Florida 32955
Tel: 877-616-9589
Fax: 407-567-7630
Email: cshlaw4u@aol.com

3